Court of Criminal Appeals of Texas.
April 29, 1936.

Wade & Wade, of Beeville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of robbery, and his punishment was assessed at confinement in the state penitentiary for a term of five years.

We find in the record an affidavit in due form made by the sheriff of Bee county certifying that, pending appeal, the appellant made his escape and is still at large. Under the provisions of our law, this court is without further jurisdiction in such case, and the appeal is accordingly dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## HILL v. STATE.
### No. 18458.

Court of Criminal Appeals of Texas.
April 29, 1936.

Milton E. Lawrence, of Monahans, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is forgery; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.